# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID BROWN AND KIRSTIN BROWN, h/w, Individually and as Guardians of Justin Brown | : CIVIL ACTION<br>:<br>:<br>: |
| v. | : |
| BOARD OF DIRECTORS OF ROSE TREE MEDIA SCHOOL DISTRICT, ROSE TREE MEDIA SCHOOL DISTRICT, PENNCREST HIGH SCHOOL, STEVEN SILVA, ALISA HERMAN-LIU, LYNNE LOUISE HEALY a/k/a Lynne Louise Healy-Castagna and CHRISTOPHER CATAGNA, Individually and as Parents/Legal Guardians of Minor Defendant J.H., J.H., A Minor, CYNTHIA MARTIN and JOHN DOE, Individually and as Parents/Legal Guardians of Minor Defendant A.H., A.H., A Minor | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: NO. 19-836 |

## ORDER

**NOW**, this 30th day of December, 2019, upon consideration of the Defendant, John Doe's Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed. R. Civ. P., 12(b)((1) (Document No. 37), the Defendant, Cynthia Martin's Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) (Document No. 38), and the Defendant, Minor A.H.'s Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) (Document No. 39), and the plaintiffs' response to the motions, it is **ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the plaintiffs' right to transfer the action to the Pennsylvania courts.

/s/ TIMOTHY J. SAVAGE J.